```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 10429
   LEE HOZEY
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-5587


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/25/08 .

   2.   The case was dismissed without confirmation, 07/18/2008.

   3.   The Debtor paid a total of $   2325.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ACS PRIMARY CARE PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| CB ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO INSTITUTE NEUROS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO LAKESHORE MED AS | UNSECURED | NOT FILED | .00 | .00 |
| IBRAHIM MD SC | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO TEL | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SERVICES CENT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIAGNOSTIC IMAGING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| YOUHANA YOUSEFI MD | UNSECURED | NOT FILED | .00 | .00 |
| INNOVATIVE RESOURCE MANA | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
LINCOLN PARK ANESTHESIOL  UNSECURED       NOT FILED                .00           .00
LOYOLA HOSPITAL           UNSECURED       NOT FILED                .00           .00
MCS                       UNSECURED       NOT FILED                .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED                .00           .00
NEURO & ORTHO INST OF CH  UNSECURED       NOT FILED                .00           .00
NICOR GAS                 UNSECURED       NOT FILED                .00           .00
CHILDRENS BOOK CLUB       UNSECURED       NOT FILED                .00           .00
NORTHEAST RADIOLOGY       UNSECURED       NOT FILED                .00           .00
NORTHWEST ORTHOPAEDICS A  UNSECURED       NOT FILED                .00           .00
PATHOLOGY CHP SC          UNSECURED       NOT FILED                .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED                .00           .00
RESURRECTION HEALTHCARE   UNSECURED       NOT FILED                .00           .00
RIVER FOREST MEDICAL CEN  UNSECURED       NOT FILED                .00           .00
RMCB COLLECTION AGENCY    UNSECURED       NOT FILED                .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED                .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED                .00           .00
SOUTHWEST CREDIT SYSTEM   UNSECURED       NOT FILED                .00           .00
SUPERIOR AMBULANCE        UNSECURED       NOT FILED                .00           .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED                .00           .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED                .00           .00
CHILDRENS MEMORIAL HOSPI  UNSECURED       NOT FILED                .00           .00
THE PEDIATRIC FACULTY I   UNSECURED       NOT FILED                .00           .00
UNIVERSITY OF CHICAGO PH  UNSECURED       NOT FILED                .00           .00
TIDEWATER AUTO FINANCE    UNSECURED       NOT FILED                .00           .00
TRANSWORLD SYSTEMS INC    UNSECURED       NOT FILED                .00           .00
UNITED COLLECTION BUREAU  UNSECURED       NOT FILED                .00           .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED                .00           .00
VILLAGE RADIOLOGY LTD     UNSECURED       NOT FILED                .00           .00
WACHOVIA EDUCATION        UNSECURED       NOT FILED                .00           .00
WEISS MEMORIAL HOSPITAL   UNSECURED       NOT FILED                .00           .00
WEST SUBURBAN HEALTH CAR  UNSECURED       NOT FILED                .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------------------
                       SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00            .00          .00          .00           .00
PRINCIPAL PAID             .00            .00          .00          .00           .00
INTEREST PAID              .00            .00          .00          .00           .00
TOTAL PAID                 .00            .00          .00          .00           .00
```

The Debtor's attorney, GLEASON & MACMASTER         , was allowed $   3500.00 and was paid $   1460.10 .

The Trustee received $      89.90 .

Refunds to the Debtor totaled $    775.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
CASE NO. 08 B 10429 LEE HOZEY
```